IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ROSE PACHECO, individually,
and as personal representative of the estate
of Gilbert Pacheco, deceased;
MARK PACHECO; ANDREW PACHECO,

      Plaintiffs,

vs.                                                   No. CIV 13-00139 JB/KBM

UNITED STATES OF AMERICA,

      Defendant.

## FINAL JUDGMENT

**THIS MATTER** comes before the Court on the Stipulation of Dismissal of Defendant United States of America, filed October 27, 2014 (Doc. 90)("Stipulation"). In the Stipulation, the Plaintiffs and Defendant United States of America, stipulated to the dismissal of all claims against the United States with prejudice. See Stipulation at 1. This final judgment adjudicates all of the existing claims and liabilities among the parties.

**IT IS ORDERED** that all of the Plaintiffs' claims and case against Defendant United States of America are dismissed with prejudice, and final judgment is entered.

_____
UNITED STATES DISTRICT JUDGE

*Counsel:*

Theodore W. Barudin
Barudin Law Firm
Albuquerque, New Mexico

      *Attorneys for the Plaintiffs*

John S. Leonardo
  United States Attorney
J. Cole Hernandez
  Assistant United States Attorney
United States Attorney's Office
Tucson, Arizona

    *Attorneys for the Defendant*